# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>    v.<br><br>LA CANADA CREST, LLC, a California Limited Liability Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-04617-TJH-Ex [JS-6]<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 5, 2015    *[signature]*

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

1